**Jamaal Aurelio BARRETT, Petitioner,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

**No. 13–73953.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 25, 2015.*

Filed Sept. 1, 2015.

R. Wayne McMillan, Law Office of R. Wayne McMillan, Pasadena, CA, for Petitioner.

Aimee J. Carmichael, Trial, Oil, DOJ–U.S., Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

Jamaal Aurelio Barrett, a native and citizen of Panama, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We dismiss the petition for review.

We lack jurisdiction to consider the BIA's discretionary decision not to reopen sua sponte pursuant to 8 C.F.R. § 1003.2(a). *See Mejia–Hernandez v. Holder,* 633 F.3d 818, 823–24 (9th Cir. 2011); *see also Matter of G–D–,* 22 I. & N. Dec. 1132, 1135 (BIA 1999) (BIA's consideration of whether a fundamental change in the law warrants reopening involves an exercise of its sua sponte authority).

**PETITION FOR REVIEW DISMISSED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.